**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03124-WJM-CBS

JOHN S. HOLLINGSHEAD,

    Plaintiff,

v.

THE STANLEY WORKS;
THE STANLEY WORKS LONG TERM DISABILITY PLAN; and
AETNA LIFE INSURANCE COMPANY,

    Defendants.

---

**ORDER DISMISSING PLAINTIFF'S THIRD
CLAIM FOR RELIEF WITH PREJUDICE**

---

    This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice of Plaintiff's Third Claim for Relief (Refusal to Supply Requested Plan Documents under 29 U.S.C. 1132(c)), filed April 28, 2011 (ECF No. 41). The Court being fully advised hereby ORDERS as follows:

    The Plaintiff's Third Claim for Relief (Refusal to Supply Requested Plan Documents under 29 U.S.C. 1132(c)) is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall pay his or its own fees and costs.

Dated this 29th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge