**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-03124-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 20, 2011** | **Courtroom Deputy:**  Linda Kahoe |

JOHN S. HOLLINGSHEAD,                                        Stephen John Jouard

      Plaintiff,

      v.

THE STANLEY WORKS, *et al.,*                                Steven W. Moore

AETNA LIFE INSURANCE COMPANY,                    Franz Hardy
                                                               Ross Allen Hoogerhyde

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE/MOTION HEARING**
**Court in session:        9:15 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion to Conduct Limited Discovery, doc #[36], filed 4/14/2011.

Mr. Jouard presents arguments.

Mr. Hardy presents arguments.

**ORDERED:**   Plaintiff shall redraft discovery request #2 **LIMITED** to only claims policies, guidelines, manuals in training, or instructional documents that were applicable to the individuals who were evaluating the claim and/or appeal.

**ORDERED:**   Plaintiff's Motion to Conduct Limited Discovery, doc #[36] is **GRANTED.**  The discovery will be **LIMITED** consistent with the court's ruling from the bench. The court is allowing limited discovery in response to requests for production. The court is not allowing Plaintiff to serve any interrogatories, and at this point, the court is not allowing the Plaintiff to take any depositions.  The court recognizes Aetna's right to file appropriate objections to specific requests for production.  The time line for filing any objections to this ruling begins today.

Discussion regarding a Protective Order.

HEARING CONCLUDED.

**Court in recess:** **10:26 a.m.**
Total time in court:    01:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.