**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03124-WJM-CBS

JOHN S. HOLLINGSHEAD,

    Plaintiff,

v.

THE STANLEY WORKS;
THE STANLEY WORKS LONG TERM DISABILITY PLAN; and
AETNA LIFE INSURANCE COMPANY,

    Defendants.

---

**ORDER DISMISSING WITH PREJUDICE DEFENDANT THE STANLEY WORKS**

---

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice of Defendant The Stanley Works filed August 29, 2011 (ECF No. 56). The Court being fully advised hereby ORDERS as follows:

The Defendant, The Stanley Works, and all claims which were or could have been asserted against it in this case, are DISMISSED WITH PREJUDICE. This dismissal removes only The Stanley Works as a party from the above-captioned action. Plaintiff's remaining claims set forth in his Complaint, including the First, Second, and Fourth Claims for Relief against Defendants The Stanley Works Long Term Disability Plan and Aetna Life Insurance Company, shall remain effective and these entities shall proceed as the only defendants. The parties shall amend the caption of this case in all future filing s to reflect the dismissal of The Stanley Works.

Dated this 31st day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge