IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03124-WJM-CBS

JOHN S. HOLLINGSHEAD,
    Plaintiff,
v.

THE STANLEY WORKS LONG TERM DISABILITY PLAN, and
AETNA LIFE INSURANCE COMPANY,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' "Motion for Limited Stay" (filed September 8, 2011) (Doc. # 63). Pursuant to the Order of Reference dated December 28, 2010 (Doc. # 2) and the memorandum dated September 9, 2011 (Doc. # 64), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, Plaintiff's Response (filed September 13, 2011) (Doc. # 66), the entire case file, and the applicable law and is sufficiently advised in the premises. Upon review of the status of the case, the court finds no prejudice associated with the request for a limited stay.

    Accordingly, IT IS ORDERED that Defendants' "Motion for Limited Stay" (filed September 8, 2011) (Doc. # 63) is GRANTED and all proceedings in this case are stayed until October 22, 2011. The stay will end on October 22, 2011, at which time the District Judge may rule on the pending "Partial Motion to Dismiss" (Doc. # 15), "Defendants . . . the Stanley Works Long Term Disability Plan's Rule 12(b)(6) Partial

1

Motion to Dismiss" (Doc. # 17), and "Plaintiff's Objection to Magistrate Judge Shaffer's Ruling on Plaintiff's Motion to Conduct Limited Discovery" (Doc. # 48), and conduct any other proceedings as he deems appropriate.

DATED at Denver, Colorado, this 20th day of September, 2011.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge