IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03124-WJM-CBS

JOHN S. HOLLINGSHEAD,

    Plaintiff,

v.

THE STANLEY WORKS LONG TERM DISABILITY PLAN, and
AETNA LIFE INSURANCE COMPANY,

    Defendants.

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, the following JUDGMENT is hereby entered.

Pursuant to the Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees, Costs, and Prejudgment Interest (ECF No. 79) entered by Judge William J. Martinez on December 11, 2012, which order is incorporated by reference,

IT IS ORDERED that Plaintiff's Motion for Attorney's Fees, Costs, and Prejudgment Interest (ECF No. 76) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney's fees and costs is GRANTED, and Plaintiff is awarded a total of $28,976.44 in attorney's fees and costs.

IT IS FURTHER ORDERED that Defendants shall pay the sum awarded to Plaintiff on or before January 11, 2013.

IT IS FURTHER ORDERED that Plaintiff's Motion for Prejudgment Interest is DENIED.

As all other claims have been dismissed by order, stipulation, or settlement, this case is considered CLOSED.

DATED at Denver, Colorado this  14th  day of December, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk